UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JASON FALLA,<br>JONATHAN GREENE,<br>DONOVAN CHAD MOORMAN,<br>SCOTT NORTON,<br>    and<br>RUSSELL RENNER,<br>    on behalf of themselves and all<br>    others similarly situated,<br><br>    Plaintiffs<br><br>v.<br><br>XE SERVICES LLC,<br>    and<br>U.S. TRAINING CENTER, INC.,<br><br>    Defendants. | Civil Action No. 2:10-cv-00013-D |

| | |
|---|---|
| BENJAMIN WILLIAMS,<br>    and<br>DAVID BOGO,<br>    on behalf of themselves and all<br>    others similarly situated,<br><br>    Plaintiffs<br><br>v.<br><br>XE SERVICES LLC,<br>U.S. TRAINING CENTER, INC.,<br>    and<br>BLACKWATER SECURITY CONSULTING,<br>    LLC,<br><br>    Defendants. | Civil Action No. 2:09-cv-00059-D |

# ORDER

AND NOW, this ___11___ day of July, 2011, upon consideration of Defendants' Consent Motion to Place Under Seal Settlement Agreements and Materials in Support Thereof and Memorandum in Support of Same, it is hereby ORDERED that the Motion is GRANTED and the clerk is hereby directed to place the documents filed on July 8, 2011 [Docket #67 in Civil Action No. 2:10-cv-00013-D; Docket #50 in Civil Action No. 2:09-cv-00059-D] under seal.

BY THE COURT:

_____
James C. Dever, III
United States District Judge